AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

FAUSTINA ROBERTS,
                Plaintiff,

                v.

FERRY COUNTY and PETER WARNER, individually,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-149-EFS

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff is awarded judgment against the Defendants as follows:

-$336,000.00 against Defendants Warner and Ferry County for lost wages or earnings and fringe benefits;

-$15,000.00 against Defendants Warner and Ferry County for mental and emotional pain and suffering; and

-$10,000.00 against Defendant Peter Warner for punitive damages.

| | |
|---|---|
| March 26, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |