AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

FAUSTINA ROBERTS,
        Plaintiff,

v.

FERRY COUNTY, a Washington municipal corporation, and PETE WARNER, individually,
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-149-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting in Part Plaintiff's Motion for Attorneys' Fees and Costs entered on June 1, 2009, Ct Rec 98, judgment is entered in favor of Faustina Roberts against the Defendants in the amount of $64,774.50 for reasonable attorney's fees and $11,072.10 in costs. Post-judgment interest is awarded pursuant to 28 U.S.C. 1961, as ordered in the Court's June 8, 2009, Order, Ct Rec 99.

| | |
|---|---|
| June 8, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |